UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SREEKUMAR SOMASEKHARAN, ANIL ANTONY, and PAUL MANI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 07-CV-2087 |
| LAWRENCE & ASSOCIATES, INC. | ) ) ) |
| Defendant. | ) ) |

**ORDER**

A Report and Recommendation (#15) was filed by the Magistrate Judge in the above cause on July 13, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendant's Motion to Dismiss (#4) is DENIED.

(3) Defendant is allowed twenty-one (21) days to file its Answer to Plaintiffs' Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 1st day of August, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE